# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose Miguel Aguilar Penafort,

Petitioner,

v.

Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Todd M. Lyons,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-689 JRT/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum and Order [7] has been satisfied.

Date: 2/14/2026

KATE M. FOGARTY, CLERK